IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01207-EWN-BNB

INTERSTATE FIRE & CASUALTY COMPANY,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.
_____

**ORDER**
_____

This case was commenced by the filing of a complaint on June 22, 2006. By a minute order [Doc. # 10, filed 8/31/2006], a scheduling conference was set to occur this morning. No proposed scheduling order was submitted, although counsel for the plaintiff did appear. I am informed that the defendant has not been served. Consistent with matters discussed at the conference this morning:

IT IS ORDERED that service shall be made upon the United States on or before **October 22, 2006**.

IT IS FURTHER ORDERED that a supplemental scheduling conference is set for **December 4, 2006, at 8:30 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. The parties shall prepare a proposed scheduling order and submit it to the court on or before **November 27, 2006**.

Dated October 5, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge